

November 22, 2023

Hon. Valerie Caproni
United Stated District Judge
United States Courthouse
40 Foley Square, Room 443
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/27/2023

RE: **VACHNINE v. KIWI DESIGN, INC. d/b/a KIWI AND FIG**
<u>**DOCKET NO. 1:23-cv-06444**</u>

Dear Judge Caproni:

The undersigned represents Ness-Lee Vachnine, the Plaintiff in the above-referenced matter. I write, with consent of Defendant Kiwi Design, Inc., to request that the Initial Pretrial Conference currently scheduled for 12/1/23 at 10:00 AM be held remotely.

I will be out of the country at the time of the conference and will not be able to appear in person. The scheduling conflict did not become apparent until this week. Alternatively, if Your Honor prefers an in-person appearance, I respectfully request a brief adjournment to Friday December 8, 2023, or to a date thereafter. This is Plaintiff's first request for an adjournment of the initial conference and this request complies with Rule 2C of Your Honor's Rules of Individual Practice.

Thank you for your prompt attention and consideration in this matter.

Sincerely,

*/s/ Gabriel Levy/*

Gabriel Levy, Esq.

---

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, December 1, 2023, at 10:00 A.M. is adjourned to **Friday, December 8, 2023, at 10:00 A.M.**

The deadline for the parties to file their joint letter and proposed case management plan is extended to **Thursday, November 30, 2023**.

SO ORDERED.

*/s/ Valerie Caproni/*                                      11/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE